NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFERY RAHAUISER, )
)
    Appellant, )
)
v. )     Case No. 2D18-1165
)
STATE OF FLORIDA, )
)
    Appellee. )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Edward Nicholas,
Judge.

Jeffery Rahauiser, pro se.


PER CURIAM.

    Affirmed. See Rusaw v. State, 451 So. 2d 469 (Fla. 1984); Buford v.

State, 403 So. 2d 943 (Fla. 1981); Wilkinson v. State, 889 So. 2d 110 (Fla. 2d DCA

2004).


SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.